# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0424
_____

E.G., maternal great grandfather of L.W., Minor Child,

    Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Walton County.
Jeffrey Lewis, Judge.


July 3, 2025

PER CURIAM.

    DISMISSED as moot.

LEWIS, M.K. THOMAS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dayna Maeder of Law Offices of Dayna Maeder, LLC, Orlando, for Appellant.

Stephanie C. Zimmerman, Children's Legal Services, Bradenton, for Appellee; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Mercy Almaguer, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Statewide Guardian ad Litem.